FILED'10 AUG 31 11:48USDC-ORM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

Case Number 10-MC-8024

In the Matter of
ROBERT WAYNE WARREN

**ORDER**

Magistrate Judge Mark D. Clarke,

On August 4, 2010, a document entitled "Registration of Foreign Judgment: was tendered to the court for filing. The clerk accepted the document for filing, and assigned it Miscellaneous Case Number 10-8024. Upon further review of the documents tendered, the court has determined that the documents do not meet the requirements of 28 USC Section 1963, and were improperly accepted for filing; therefore

**IT IS HEREBY ORDERED** that Miscellaneous Case Number 10-MC-8024 is **STRICKEN** from the record in its entirety, and the court will take no further action in its regard; and

**IT IS FURTHER ORDERED** that the clerk shall mail a copy of this order to Robert Wayne Warren, whose signature appears on the Notice and cover letter that accompanied the Notice, at c/o 880 S. Washington Drive, Mount Shasta, CA 96067.

DATED this ~~27th~~ 30th day of August , 2010.

U.S. DISTRICT COURT

_____
Mark D. Clarke
United States Magistrate Judge

Page 1 - JUDGMENT                    Entered on Docket _____